No. 21-1739

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MICHAEL L. SHAKMAN and PAUL M. LURIE, individually and on behalf of others similarly situated,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>JB PRITZKER, in his official capacity as Governor of the State of Illinois,<br><br>Defendant-Appellant. | Appeal from the U.S. District Court for the Northern District of Illinois, Eastern Division<br><br>No. 1:69-cv-02145<br><br>The Honorable Edmond E. Chang |

**DEFENDANT-APPELLANT'S MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

Defendant-Appellant JB Pritzker, in his official capacity as Governor of the State of Illinois, hereby moves this Court to extend the time for filing the opening brief in this matter. The opening brief is currently due on Monday, June 7, 2021. The Governor requests a 30-day extension of time to file that brief, to and including Wednesday, July 7, 2021. The declaration of Deputy Solicitor General Alex Hemmer is attached in support of this motion.

1

Dated:  May 25, 2021

Respectfully submitted,

Kwame Raoul
Attorney General
State of Illinois

By: /s/ Alex Hemmer
Alex Hemmer
Deputy Solicitor General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 725-3834
ahemmer@atg.state.il.us

# DECLARATION OF ALEX HEMMER

I, ALEX HEMMER, state the following:

1.      I am a citizen of the United States over the age of 18. My current business address is 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could and would competently testify thereto.

2.      I serve as Deputy Solicitor General in the Office of the Attorney General of the State of Illinois and have been assigned to represent Defendant-Appellant JB Pritzker, in his official capacity as Governor of the State of Illinois, in this appeal entitled *Shakman v. Pritzker*, No. 21-1739. I am the only attorney with principal responsibility for this matter.

3.      The Governor's opening brief is currently due on Monday, June 7, 2021. The Governor has not previously sought an extension of time to file that brief.

4.      This motion is being made at least seven days before the opening brief's due date, as required by Circuit Rule 26.

5.      Although I have begun to review the record and outline the brief, I will not be able to complete the draft, have the draft reviewed through the Office's regular review process, finalize the draft, and file the brief with this Court by June 7, 2021.

6.      As Deputy Solicitor General, I devote substantial time to performing supervisory and administrative duties in addition to managing my own caseload.

These duties include reviewing briefs, managing the office's amicus docket, reviewing multistate litigation requests, and helping attorneys prepare for oral arguments.

7. Since this appeal was docketed by this court on April 26, 2021, I have been responsible for drafting, supervising, and/or filing briefs in numerous other matters. For instance, I drafted and filed the State's motion to dismiss in *Elim Romanian Pentecostal Church v. Pritzker*, No. 20-cv-2782 (N.D. Ill.), on May 14, 2021, and was a principal drafter of the State's brief in opposition in *Harris v. Illinois*, No. 20-7291 (U.S.), which was filed on May 19, 2021.

8. I am also responsible for drafting, supervising, and/or filing briefs in numerous additional cases between today and July 7, 2021, including a reply brief in support of the State's motion to dismiss in *Elim*, No. 20-cv-2782 (N.D. Ill.), on June 10, 2021, and an amicus brief on behalf of the Attorney General in *Guns Save Life v. Village of Deerfield*, Nos. 126840 and 126849 (Ill.), on June 23, 2021.

9. This appeal arises from a highly complex case. The complaint was originally filed in 1969; the proceedings below involve multiple plaintiffs, defendants, and claims, as well as ongoing activity before multiple special masters; and there are over 7,000 docket entries.

10. On May 25, 2021, I gave notice to Brian Hays, the attorney for Plaintiffs-Appellees, by providing a copy of this motion before it was filed with this Court. Plaintiffs do not object to the relief requested.

11. I do not request this 30-day extension of time from June 7, 2021, until Wednesday, July 7, 2021, to file the brief in this appeal for purposes of delay, but so

that I may try to meet my professional responsibilities, properly represent my clients, and provide this Court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed May 25, 2021.

>                    /s/ Alex Hemmer
>                    ALEX HEMMER
>                    Deputy Solicitor General
>                    100 West Randolph Street
>                    12th Floor
>                    Chicago, Illinois 60601
>                    (312) 725-3834
>                    ahemmer@atg.state.il.us

## CERTIFICATE OF FILING AND SERVICE

I certify that on May 25, 2021, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All other participants in this case are CM/ECF users and will be served by that system.

/s/ Alex Hemmer
ALEX HEMMER
