No. 21-1739

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MICHAEL L. SHAKMAN and PAUL M. LURIE, individually and on behalf of others similarly situated,<br><br>        Plaintiffs-Appellees,<br><br>        v.<br><br>JB PRITZKER, in his official capacity as Governor of the State of Illinois,<br><br>        Defendant-Appellant. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>No. 1:69-cv-02145<br><br>The Honorable EDMOND E. CHANG, Judge Presiding. |

**MOTION TO CORRECT DOCKET**

Defendant-Appellant JB Pritzker, in his official capacity in his Governor of the State of Illinois, hereby moves this Court to correct its docket to remove the names of non-appellees Kenneth Ayers, Darryn Jones, Connie Gramarossa, Noreen Lanahan, and Kainon Murnan. Plaintiffs Ayers, Jones, Gramarossa have not asserted claims against the State and so are not parties to this appeal. Lanahan and Murnan are not parties below and so are also not parties on appeal.

This case was originally brought by plaintiffs Michael Shakman and Paul Lurie against several dozen Cook County defendants. *See* Doc. 7140-6 at 2-5(a) (¶¶ 2-18, 3(a)-(c)).[*] The district court entered judgment against plaintiffs, but on appeal,

---

[*] The district court's docket is cited as "Doc. __ at __."

1

this Court reversed, *see Shakman v. Democratic Org. of Cook Cnty.*, 310 F. Supp. 1398 (N.D. Ill. 1969), *rev'd*, 435 F.2d 267 (7th Cir. 1970), and the parties entered into settlement negotiations. Plaintiffs amended their complaint to add then-Governor Richard Ogilvie as a defendant, and the parties entered into a consent decree in 1972. *See* Doc. 6789-1. At that time, the only plaintiffs in the case were Shakman and Lurie, individually and as class representatives.

Since 1972, the complaint has been amended on multiple occasions to add additional plaintiffs, but none of those plaintiffs have asserted claims against the State. As relevant here, Ayers, Jones, and Gramarossa joined the complaint in 2005; they asserted claims only against the City of Chicago and then-Mayor Daley. *See* Doc. 376 at 1, 50-56, 58-61. Ayers, Jones, and Gramarossa have never asserted claims against the State. Accordingly, although Ayers, Jones, and Gramarossa are plaintiffs below with respect to the City of Chicago, they are not parties to this appeal, which involves only the State.

Lanahan and Murnan, by contrast, are not parties below. Lanahan sought to intervene in 2016 to assert claims against Cook County, but her motion was denied. Doc. 5231. Murnan filed a brief in December 2018 arguing that his appointment as a state employee was lawful and appropriate, but never sought to become a party. *See* Doc. 6130. Because neither Lanahan nor Murnan is a party below, neither is a party to this appeal.

Counsel for plaintiffs-appellees Shakman and Lurie (who also represent plaintiffs Ayers, Jones, and Gramarossa) do not oppose the relief sought. Counsel for the State did not seek the position of non-parties Lanahan and Murnan.

## CONCLUSION

The Court should amend its docket to remove the names of non-appellees Kenneth Ayers, Darryn Jones, Connie Gramarossa, Noreen Lanahan, and Kainon Murnan, leaving only Michael Shakman and Paul Lurie, individually and as class representatives, as plaintiffs-appellees.

Dated: July 7, 2021

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By: /s/ Alex Hemmer
ALEX HEMMER
Deputy Solicitor General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 725-3834
ahemmer@atg.state.il.us

## CERTIFICATE OF FILING AND SERVICE

I certify that on July 7, 2021, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All other participants in this case are CM/ECF users and will be served by that system.

/s/ Alex Hemmer
ALEX HEMMER